UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIKA PEACOCK, *et al.*,<br>Plaintiffs,<br>v.<br>WILLIAM HULETT,<br>Defendant. | Case No. 2:26-cv-1775-DC-JDP (PS)<br><br>ORDER |

Plaintiffs Annika and Michael Peacock bring this action jointly and neither has paid the filing fee. However, only Annika Peacock has filed and signed an application to proceed *in forma pauperis*. ECF No. 2. If more than one plaintiff seeks to proceed *in forma pauperis*, they must each make the showing that they qualify for that status. *See Malone v. Ferguson*, No. 3:19-cv-05574 RJB-JRC, 2019 U.S. Dist. LEXIS 145700, *2 (W.D. Wash Aug. 27, 2019) ("[E]ach plaintiff must qualify for IFP status" or the $405 filing fee to initiate the matter must be paid—"before the case may proceed."). Accordingly, Michael Peacock must either pay the filing fee or complete an application to proceed *in forma pauperis*.

Accordingly, it is ORDERED that Michael Peacock must either pay the filing fee or file a complete application to proceed *in forma pauperis* within fourteen days.

IT IS SO ORDERED.

Dated: July 20, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE