UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANNIKA PEACOCK, *et al.*,

Plaintiffs,

v.

WILLIAM HULETT,

Defendant.

Case No. 2:26-cv-1775-DC-JDP (PS)

ORDER

Plaintiffs Annika and Michael Peacock bring this action jointly and neither has paid the filing fee. However, only Annika Peacock has filed and signed an application to proceed *in forma pauperis*. ECF No. 2. If more than one plaintiff seeks to proceed *in forma pauperis*, they must each make the showing that they qualify for that status. *See Malone v. Ferguson*, No. 3:19-cv-05574 RJB-JRC, 2019 U.S. Dist. LEXIS 145700, *2 (W.D. Wash Aug. 27, 2019) ("[E]ach plaintiff must qualify for IFP status" or the $405 filing fee to initiate the matter must be paid—"before the case may proceed."). Accordingly, Michael Peacock must either pay the filing fee or complete an application to proceed *in forma pauperis*.

Accordingly, it is ORDERED that Michael Peacock must either pay the filing fee or file a complete application to proceed *in forma pauperis* within fourteen days.

IT IS SO ORDERED.

Dated: July 20, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE